IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

WILLIAM OFFUTT,

        Plaintiff,

v.                                                       Civil Action No. 5:07cv120
                                                      (Judge Stamp)

JIM RUBENSTEIN, Commissioner
West Virginia Division of Corrections;
RITA ALBURY, Inmate Movement
Coordinator; JOHN KING, Chief of
Operations Regional Jail Authority,

        Defendants.

## DEFICIENCY NOTICE

On September 21, 2007, the *pro se* plaintiff initiated this action by filing a civil rights complaint against the above-named defendants. This case is before the Court on the plaintiff's Application for Leave to Proceed Without Prepayment of Fees, Prisoner Trust Account Report and executed Consent to Collection of Fees form.

Because the plaintiff's Prison Trust Account Report does not contain copies of his ledger sheets for the **SIX-MONTHS** preceding the filing of this action,[1] the Court is unable to determine the plaintiff's eligibility to proceed as a pauper at this time. Accordingly, the plaintiff has **twenty (20) days** from the date of this Order to file the appropriate forms. The failure to timely do so could result in the dismissal of this action.

---

[1] The ledger sheets provided reflect only the transactions in the plaintiff's inmate account for a one-month time period between August 3, 2007 and September 12, 2007.

IT IS SO ORDERED.

The Clerk is also directed to mail a copy of this Order to the *pro se* plaintiff.

DATED: September 25, 2007.

                                                JOHN S. KAULL
                                                UNITED STATES MAGISTRATE JUDGE